UNITED STATES DISTRICT
DISTRICT OF MINNESOTA
Clerk's Office, 700 Federal Building
316 North Robert Street
St. Paul, MN 55101
Phone: (651) 848-1100

# MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-108 PAM/JGL

Case Title: Kay Ball and Frank Ball v. American Home Products Corporation, Wyeth-Ayerst Laboratories, a Division of American Home Products Corp., A.H. Robins Company, Inc. and Interneuron Pharmaceuticals, Inc.

**Affidavit of Movant:**

I, Stephen J. Randall, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Gregory J. Bubalo, Esq., an attorney admitted to practice in the Eastern and Western District of Kentucky, admitted in State Court in Indiana and Kentucky, Admitted in the 6th and 7th Circuit Court of Appeals, but not admitted to the bar of this court, who will be counsel for the Plaintiffs, Kay Ball and Frank Ball, in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the cases listed above, and that I accept service of all papers served.

[signature] Signature | #221910 MN Attorney License # | 2/14/02 DATE

**Affidavit of Proposed Admittee**

I, Gregory J. Bubalo, am currently a member in good standing of the U.S. District Court for the * District of Kentucky, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Gregory J. Bubalo, Esq.
Type/Print Name

[signature] SIGNATURE | 2/14/02 DATE

Attorney License No: KY #08805
Law Firm Name & Address:
THE BECKER LAW OFFICE
800 Brown & Williamson Tower
Louisville, KY 40202
Telephone: (502) 581-1122
Facsimile: (502) 581-0124

Motion Granted: [signature] Richard D. Sletten, mmc
For the Court Richard D. Sletten, Clerk

FEB 19 2002
DATE

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED FEB 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK